# EXHIBIT A

**Akorn Holding Company LLC et al**
**Bankruptcy Case No. 23-10253**
**Exhibit A**

| Transferor | Transferee | Transfer Date | Transfer Type | Transfer Amount |
|---|---|---|---|---|
| Akorn Operating Company, LLC | Power Supply of Illinois Inc | 11/30/2022 | Wire | $ 2,258.57 |
| Akorn Operating Company, LLC | Power Supply of Illinois Inc | 1/13/2023 | Wire | $ 10,509.28 |
| Akorn Operating Company, LLC | Power Supply of Illinois Inc | 2/1/2023 | Wire | $ 814.03 |
| Akorn Operating Company, LLC | Power Supply of Illinois Inc | 2/14/2023 | Wire | $ 2,080.39 |
| | | | | $ 15,662.27 |